**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CEDRIC MCCLINTON**                                                                 **PLAINTIFF**

**V.**                    **CASE NO. 3:11CV00059 SWW**

**POINSETT COUNTY,** *et al.*                                                     **DEFENDANTS**

### JUDGMENT

In accordance with the Court's Order entered this date, this case is hereby DISMISSED. The Court certifies that an *in forma pauperis* appeal taken from this order and judgment would be frivolous and not taken in good faith.

IT IS SO ORDERED this 19th day of April 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE